UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JERRY CHAMBERS,

    Plaintiff,

    v.      CAUSE NO. 3:26-CV-79-TLS-AZ

CARNEY, RON NEAL, and BUSS,

    Defendants.

## OPINION AND ORDER

Jerry Chambers, a prisoner without a lawyer, filed a confusing complaint. ECF 1. He says he is suing five defendants, but he only names three. He says he is suing about events which happened on October 17, 2025, but he discusses events which happened on other days as well. It is unclear if all these events are related, but it is clear that "unrelated claims against different defendants belong in different suits," *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007).

Chambers names several supervisors, but he does not explain how they were personally involved other than by not responding to his grievances. The lack of a functioning grievance process does not state a constitutional claim. *Grieveson v. Anderson*, 538 F.3d 763, 770 (7th Cir. 2008). There is no general supervisory liability under 42 U.S.C. § 1983. *Burks v. Raemisch*, 555 F.3d 592, 594 (7th Cir. 2009). "Only persons who cause or participate in the violations are responsible." *George v. Smith*, 507 F.3d 605, 609 (7th Cir. 2007).

For these reasons, the court:

(1) STRIKES the complaint (ECF 1), but it will remain part of the record and accessible to the public;

(2) GRANTS Jerry Chambers until **March 6, 2026**, to file an amended complaint, and

(3) **CAUTIONS** Jerry Chambers if he does not respond by the deadline, this case will be dismissed without further notice.

**SO ORDERED** on February 6, 2026.

                                          s/ Theresa L. Springmann
                                          JUDGE THERESA L. SPRINGMANN
                                          UNITED STATES DISTRICT COURT